**RECEIVED**
CHARLOTTE, N.C.

JUN 1 0 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR161-MU |
| | ) | |
| vs. | ) | <u>ORDER FOR DISMISSAL</u> |
| | ) | |
| RAFAEL VILLAGOMEZ | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to

RAFAEL VILLAGOMEZ, only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S.

Marshall Service and the United States Attorney's Office.

This 14th day of _____June_____, 2005.

GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE

